United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-12100-elf
Kenneth J. Oberholtzer                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
```
db              Kenneth J. Oberholtzer,    647 Crescent Street,    Langhorne, PA 19047-5158
cr             +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
12327821        American Express,    PO Box 1270,    Newark, NJ 07101-1270
12472943        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12327823        Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
12581329       +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
                 7105 Corporate Drive,    Plano, TX 75024-4100
12327824        Capital One, N.a.,    PO Box 30273,    Salt Lake City, UT 84130-0273
12327825        Chase,    201 N Walnut St # ST//DE1-1027,    Wilmington, DE 19801-2920
12396872        Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12327826       +Comcast,    4008 N Dupont Hwy,    New Castle, DE 19720-6320
12327829       +ER Care Of PA,    HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
12391112        Emerg Care Serv of PA. P.C.,    PO Box 1109,    Minneapolis, MN 55440-1109
12397957       +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
                 1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
12327831        Integrety Leasing And Financing,    20 Vernon St Ste 15,    Norwood, MA 02062-2184
12327833        MBNA/Equitable Ascent Financial,    MRS Assoc,    9130 Olney Ave,    Cherry Hill, NJ 08003
12423556        MMCA,    PO BOX 4401 Bridgeton, MO 63044
12327834        MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
12546207       +Michael P. Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne, Pa 19047-1818
12465107       +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
12327838        PNC Credit Card,    PO Box 790091,    Saint Louis, MO 63179
12327836        Petrille Wind,    1208 Swamp Rd,    Fountainville, PA 18923-9619
12327837        Pnc Bank, N.a.,    PO Box 790091,    Saint Louis, MO 63179
12975000       +Portfolio Recovery Associates, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
12327839        Provident Funding Asso,    1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
12327840        St Mary Medical Center,    PO Box 827783,    Philadelphia, PA 19182-7783
12327842        Svcd By Clfs,    PO Box 91614,    Mobile, AL 36691-1614
12327843        United Collections,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncmail@w-legal.com Jul 19 2016 01:55:47      RICHARD S. RALSTON,
                 Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg             E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:10      GE Money Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:03:59
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:03:50
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:42
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12327827       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 19 2016 01:56:45
                 Credit Collection Serv,    2 Wells Ave,    Newton Center, MA 02459-3246
12351652        E-mail/Text: mrdiscen@discover.com Jul 19 2016 01:54:57      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12327828        E-mail/Text: mrdiscen@discover.com Jul 19 2016 01:54:57      Discover Fin Svcs Llc,
                 PO Box 15316,    Wilmington, DE 19850-5316
12535568        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:02:42      GE Money Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
12540827        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:11      GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12327830        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:02:41      Gemb/mohawk,    PO Box 981439,
                 El Paso, TX 79998-1439
12924670        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:49      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12327832        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:10      Lowes,    PO Box 530970,
                 Atlanta, GA 30353-0970
12935106        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:03:06      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
12327835       +E-mail/Text: egssupportservices@egscorp.com Jul 19 2016 01:55:50      NCO Financial,
                 507 Prudential Rd,    Horsham, PA 19044-2368
12430434       +E-mail/Text: bknotice@ncmllc.com Jul 19 2016 01:55:48      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
12498542       +E-mail/Text: bncmail@w-legal.com Jul 19 2016 01:55:47      Oak Harbor Capital II, L.L.C.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0313-2          User: JeanetteG             Page 2 of 2                   Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12692048        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:02:50
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA   23541
12343525        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:21
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12397964       +E-mail/Text: rmbncreports@supermedia.com Jul 19 2016 01:55:43
                  Super Media formely Idearc Media,    5601 Executive Drive,    Irving, Texas 75038-2508
12327841        E-mail/Text: rmbncreports@supermedia.com Jul 19 2016 01:55:43      Supermedia,    PO Box 619810,
                  Dallas, TX   75261-9810
12424333       +E-mail/Text: BKRMailOps@weltman.com Jul 19 2016 01:55:44      World Omni Financial Corp.,
                  c/o Weltman, Weinberg & Reis Co., L.P.A.,    323 W. Lakeside Ave., Suite 200,
                  Cleveland, OH 44113-1009
12327844        E-mail/Text: bknotices@mbandw.com Jul 19 2016 01:55:59      Yellow Pages,
                  C/O McCarthy Burgess Wolff,    26000 Cannon Rd,    Bedford, OH  44146-1807
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              World Omni Financial Corp.
cr*            +Oak Harbor Capital II, L.L.C.,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
12472944*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12327822       ##Bank Of America,   PO Box 17054,   Wilmington, DE  19850-7054
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bank Of America, N.A. aswartz@goldbecklaw.com,
               ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Kenneth J. Oberholtzer mpkpc@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kenneth J. Oberholtzer

    Debtor(s)

Bankruptcy No: 11−12100−elf

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/18/16

69 − 68
Form 138_new